1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Mark P. Fickes, Esq. (SBN: 178570)
       fickes@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   220 Sansome Street, 2nd Floor
4  San Francisco, CA 94104
   Telephone:  (415) 599-0210
5  Facsimile:  (415) 276-1808

6  ATTORNEYS FOR DEFENDANT
   PARON CAPITAL MANAGEMENT, LLC
7

8

9

10             **UNITED STATES DISTRICT COURT**

11         **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                     **OAKLAND DIVISION**

13

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | Case No. C 11-04577 CW |
| vs. | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT PARON CAPITAL MANAGEMENT, LLC'S DEADLINE TO ANSWER OR FILE RESPONSIVE PLEADING TO THE COMPLAINT** |
| PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE, | |
| Defendants. | |

Case No.  C 11-04577 CW

STIPULATION AND [PROPOSED] ORDER

Whereas, the deadline for Defendant Paron Capital Management, LLC ("Paron") to answer or file a responsive pleading to the complaint in this matter is November 14, 2011;

Whereas, Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") and Paron are engaged in settlement discussions that may obviate the need to respond to the complaint; and

Whereas, the CFTC and Paron seek a thirty (30) day extension to further explore settlement.

Therefore, the CFTC and Paron stipulate and agree, and ask the Court to order, that the deadline for Paron to respond to the complaint is extended up to and including December 12, 2011.

IT IS SO STIPULATED.

Dated:  November 3, 2011         BRAUNHAGEY & BORDEN LLP

                                 By:    /s
                                     J. Noah Hagey

                                     Attorneys for Defendant Paron Capital
                                     Management, LLC

Dated:  November 3, 2011         U.S. COMMODITY FUTURES TRADING
                                 COMMISSION


                                 By:    /s
                                     John Einstman

                                     Attorneys for Plaintiff U.S. Commodity
                                     Futures Trading Commission


Filer's attestation:  Pursuant to General Oder No. 45.X.B, counsel for Paron attests that concurrence in the filing of this document has been obtained from John Einstman, counsel for the CFTC.

///

///

///

-2-                           Case No. C 11-04577 CW

STIPULATION AND [PROPOSED] ORDER

**[~~PROPOSED~~] ORDER**

The Court has considered the stipulation of the CFTC and Paron and finds good cause to order that the deadline for Paron to answer or file a responsive pleading to the complaint is extended up to and including December 12, 2011.

IT IS SO ORDERED.

Dated: November _7_, 2011

_____
Claudia Wilken
UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER