James D. Crombie
2517 Mar East Street
Tiburon, CA 94920
(415) 789-5973
james.d.crombie@gmail.com
*Pro Se*

RECEIVED

NOV 14 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE,<br><br>Defendants. | Case Number: CV 11-4577 CW<br><br>[~~PROPOSED~~] ORDER TO EXTEND TIME TO FILE AN ANSWER TO THE COMPLAINT<br><br>JUDGE: Hon. Claudia Wilken |

The Court has considered the Stipulation requesting additional time for the Defendant Crombie to file an Answer. Finding that good cause exists and order that Crombie files an Answer by December 12, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/17/2011

_____
United States District Judge