IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COMMODITY,  No. C 11-04577 CW

    Plaintiff,

  v.  ORDER OF REFERENCE TO MAGISTRATE JUDGE

PARON CAPITAL MANAGEMENT, et al.,

    Defendants.

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for permission to initiate discovery prior to case management conference, the motion to shorten time for hearing on the motion for permission to initiate discovery prior to case management conference, and **all further discovery motions** filed in the above-captioned case are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 11/21/2011

                       CLAUDIA WILKEN
                       United States District Judge

cc:  MagRef; Assigned M/J w/mo.