J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Mark P. Fickes, Esq. (SBN: 178570)
    fickes@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR DEFENDANT
PARON CAPITAL MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Case No. C 11-04577 CW<br>)<br>) |
| vs. | )<br>) **STIPULATION AND [**~~PROPOSED~~**]** |
| PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE, | ) **ORDER EXTENDING DEFENDANT**<br>) **PARON CAPITAL MANAGEMENT,**<br>) **LLC'S DEADLINE TO ANSWER OR**<br>) **FILE RESPONSIVE PLEADING TO** |
| Defendants. | ) **THE COMPLAINT**<br>)<br>)<br>)<br>)<br>) |

Case No.  C 11-04577 CW

STIPULATION AND [~~PROPOSED~~] ORDER

1  Whereas, the deadline for Defendant Paron Capital Management, LLC ("Paron") to answer
2  or file a responsive pleading to the complaint in this matter is December 12, 2011;
3  Whereas, Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") and Paron are
4  engaged in settlement discussions that may obviate the need to respond to the complaint; and
5  Whereas, the CFTC and Paron seek a thirty (30) day extension to further explore settlement.
6  Therefore, the CFTC and Paron stipulate and agree, and ask the Court to order, that the
7  deadline for Paron to respond to the complaint is extended up to and including January 11, 2012.
8  IT IS SO STIPULATED.

Dated:  December 12, 2011              BRAUNHAGEY & BORDEN LLP

                                       By:  /s/
                                            J. Noah Hagey

                                       Attorneys for Defendant Paron Capital
                                       Management, LLC

Dated:  December 12, 2011              U.S. COMMODITY FUTURES TRADING
                                       COMMISSION

                                       By:  /s/
                                            Jonathan P. Robell

                                       Attorneys for Plaintiff U.S. Commodity
                                       Futures Trading Commission

Filer's attestation: Pursuant to General Oder No. 45.X.B, counsel for Paron attests that concurrence in the filing of this document has been obtained from Jonathan P. Robell, counsel for the CFTC.

///
///
///

**[~~PROPOSED~~] ORDER**

The Court has considered the stipulation of the CFTC and Paron and finds good cause to order that the deadline for Paron to answer or file a responsive pleading to the complaint is extended up to and including December 12, 2011.

IT IS SO ORDERED.

Dated: December 13, 2011

_____
Claudia Wilken
UNITED STATES DISTRICT JUDGE

-3- Case No. C 11-04577 CW
STIPULATION AND [~~PROPOSED~~] ORDER

J. Noah Hagey, Esq. (SBN: 262331)
    hagey@braunhagey.com
Mark P. Fickes, Esq. (SBN: 178570)
    fickes@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Telephone:  (415) 599-0210
Facsimile:  (415) 276-1808

ATTORNEYS FOR DEFENDANT
PARON CAPITAL MANAGEMENT, LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | )<br>)<br>) Case No. C 11-04577 CW |
| Plaintiff, | )<br>) |
| vs. | )<br>) **CERTIFICATE OF SERVICE** |
| PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE, | )<br>)<br>) |
| Defendants. | )<br>)<br>)<br>)<br>) |

Case No.  C 11-04577 CW

CERTIFICATE OF SERVICE

1  I declare that I am employed in San Francisco, CA. I am over the age of 18 years. On this
2  date, I caused to be served the attached document entitled:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT PARON CAPITAL MANAGEMENT, LLC'S DEADLINE TO ANSWER OR FILE RESPONSIVE PLEADING TO THE COMPLAINT**

on the following parties, as listed below:

James D. Crombie                          Defendant James D. Crombie
2517 Mar East Street
Tiburon, CA 94920
Tel: (415) 939-9882
E-mail: james.d.crombie@gmail.com

The following is the procedure in which service of this document was effected:

_X_ **By Mail:** I caused such envelope to be deposited in the mail at the addresses of the parties named above with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox at the close of the business day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California, this 12th day of December, 2011.

Shellee Lindstedt
(typed)                                                 (signature)

-2-                  Case No. C 11-04577 CW
CERTIFICATE OF SERVICE