IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE,<br><br>    Defendants.<br>_____/ | No. C 11-4577 CW<br><br>ORDER REGARDING DEFENDANT JAMES D. CROMBIE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>(Docket No. 42) |

    Pro se Defendant James D. Crombie seeks file under seal "a portion of [his] Reply to Plaintiff's response brief" regarding Defendant's motion to dismiss Plaintiff's complaint. From the content of the motion and supporting affidavit, it is apparent that Defendant seeks to file under seal Exhibit 13 to his reply, which contains bank statements from JDC Ventures, LLC, a company owned by Defendant. Mot. at 2; Crombie Decl. 1-2. The Court notes that the bank statements include complete account numbers.

    Defendant's exhibit is connected to a dispositive motion. To establish that the documents are sealable, Defendant "must overcome a strong presumption of access by showing that 'compelling reasons supported by specific factual findings . . . outweigh the general history of access and the public policies favoring disclosure.'" Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 679 (9th Cir. 2010) (citation omitted). This cannot be

established simply by showing that the document is subject to a protective order or by stating in general terms that the material is considered to be confidential, but rather must be supported by a sworn declaration demonstrating with particularity the need to file each document under seal.  Civ. Local R. 79-5(a).

In his declaration in support of his motion to seal, Defendant states that the business bank statements that he seeks to file under seal "are confidential and customer-sensitive and contained [sic] proprietary business and customer information." Crombie Decl. 1-2.  Defendant, however, does not provide "compelling reasons supported by specific factual findings" to demonstrate the need for these documents to be filed under seal. Pintos, 605 F.3d at 679.  As such, Defendant has not provided sufficient information to support the filing of the documents under seal at this time.

Defendant shall be permitted four days from the date of this order to comply with these requirements, including to provide specific information regarding the need to protect Exhibit 13 from public disclosure.  If Defendant fails to do so, his motion will be denied.  Filings made hereunder may not exceed five pages, excluding declarations and exhibits.

IT IS SO ORDERED.

Dated: 12/13/2011

CLAUDIA WILKEN
United States District Judge

2