UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>                Plaintiff,<br><br>   v.<br><br>PARON CAPITAL MANAGEMENT, LLC and JAMES D. CROMBIE,<br><br>                Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER SETTING DISCOVERY STATUS CONFERENCE**<br><br>Re: Dkt. No. 52 |

The Court will conduct a discovery status conference at 1:30 p.m. on Tuesday, December 20, 2011. The conference will be telephonic, and each party must contact courtroom deputy Lili Harrell at 415.522.2039 to confirm participation. No party may seek any further discovery from any source without further order from this Court. Violation of this order may result in sanctions, including those identified in Federal Rule of Civil Procedure 37(b). The parties are reminded of their obligation to submit a joint discovery plan to the Court by December 16, 2011. *See* Dkt. No. 31.

IT IS SO ORDERED.

DATED: December 13, 2011

                                              NATHANAEL M. COUSINS
                                              United States Magistrate Judge