UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER QUASHING REQUESTS FOR INTERROGATORIES AND ADMISSIONS AND SETTING LIMITATIONS ON DISCOVERY**<br><br>Re: Dkt. No. 52, 56 |

The Court conducted a discovery status conference on December 20, 2011. All parties participated in the conference. Based on the representations the parties made at the conference, the parties' joint case management statement, Dkt. No. 56, and Paron's statement regarding Crombie's discovery requests, Dkt. No. 52, the Court orders the following:

1. Discovery from Non-Parties

Paron's request to quash every request for interrogatories and admissions that Crombie served on any non-party at any time prior to the filing of this order is GRANTED, as the Federal Rules of Civil Procedure do not allow requests for interrogatories and admissions to be served on non-parties. *See* Fed. R. Civ. P. 33, 36.

Parties may seek discovery from any other *party* (U.S. CFTC; Paron Capital Management, LLC; and James D. Crombie, only) as of the date this order is filed. No party may request any discovery from a non-party without leave of court before January 31, 2012. By

January 24, 2012, the parties must meet and confer and submit to the Court a joint statement identifying any discovery they may seek from non-parties, if any, and containing each party's proposed limitations on discovery from non-parties. Upon review of the joint statement, the Court will advise the parties regarding the need, if any, for more briefing, a hearing, or a telephonic conference.

2. <u>Limitations on Discovery</u>

Each party may serve no more than twenty-five requests for interrogatories on any other party. Each party may serve no more than twenty requests for admissions on any other party. Each party may take no more than fifteen non-party, non-expert depositions.

These limitations may only be modified by court order.

3. <u>Service of Discovery via Email</u>

The parties have agreed to "serve contemporaneous copies" via email to each party of any discovery requests served on any party or non-party and of discovery responses received from any party or non-party. *See* Dkt. No. 56, Joint Case Management Statement at 6. The parties are bound by this agreement as of the date this order is filed.

4. <u>Notice</u>

Crombie must provide a copy of this order to each person and entity upon which he served requests for interrogatories and admissions in this case by December 30, 2011.

IT IS SO ORDERED.

DATED: December 20, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge