1  J. Noah Hagey, Esq. (SBN: 262331)
       hagey@braunhagey.com
2  Mark P. Fickes, Esq. (SBN: 178570)
       fickes@braunhagey.com
3  BRAUNHAGEY & BORDEN LLP
   220 Sansome Street, 2nd Floor
4  San Francisco, CA 94104
   Telephone:  (415) 599-0210
5  Facsimile:  (415) 276-1808

6  ATTORNEYS FOR DEFENDANT
   PARON CAPITAL MANAGEMENT, LLC
7

8

9

10                      **UNITED STATES DISTRICT COURT**

11                  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                              **OAKLAND DIVISION**

13

14  UNITED STATES COMMODITY FUTURES     )
    TRADING COMMISSION,                 )
15                                      )   Case No. C 11-04577 CW
            Plaintiff,                  )
16                                      )
        vs.                             )
17                                      )   **STIPULATION AND [PROPOSED]**
    PARON CAPITAL MANAGEMENT, LLC, and  )   **ORDER EXTENDING DEFENDANT**
    JAMES D. CROMBIE,                   )   **PARON CAPITAL MANAGEMENT,**
18                                      )   **LLC'S DEADLINE TO ANSWER OR**
                                        )   **FILE RESPONSIVE PLEADING TO**
19          Defendants.                 )   **THE COMPLAINT**
                                        )
20                                      )
                                        )
21                                      )
                                        )
22                                      )

23

24

25

26

27

28
                                                            Case No.  C 11-04577 CW

                          STIPULATION AND [PROPOSED] ORDER

Whereas, the deadline for Defendant Paron Capital Management, LLC ("Paron") to answer or file a responsive pleading to the complaint in this matter is January 11, 2012;

Whereas, Plaintiff U.S. Commodity Futures Trading Commission ("CFTC") and Paron are engaged in settlement discussions that may obviate the need to respond to the complaint;

Whereas, the CFTC and Paron seek a thirty (30) day extension to further explore settlement;

Whereas Paron and proposed third party defendants Peter McConnon and Timothy Lyons are all plaintiffs in an action entitled *Paron Capital Management, LLC et al. v. James D. Crombie*, Case No. 6380-CVP (Del. Ch. Ct.) (the "Delaware Litigation");

Whereas the parties in the Delaware litigation anticipate the Chancery Court to issue a final judgment after having tried the matter in October 2011;

Whereas the parties in the Delaware litigation anticipate the Chancery Court will issue the final judgment on or before January 31, 2012;

Whereas Paron and Messrs. McConnon and Lyons believe the final judgment will be res judicata on Defendant James D. Crombie's ("Crombie") third party complaint and Crombie's claims and defenses *viz* the CFTC complaint; and

Whereas at the case management conference held on January 4, 2012, the Court set a deadline of February 16, 2012, for Messrs. McConnon and Lyons to file a motion to dismiss or other responsive pleading to Crombie's third party complaint.

Therefore, the CFTC and Paron stipulate and agree, and ask the Court to order, that the deadline for Paron to respond to the complaint is extended up to and including February 16, 2012.

IT IS SO STIPULATED.

///
///
///

Dated:  January 10, 2012                    BRAUNHAGEY & BORDEN LLP

By:  /s/
J. Noah Hagey

Attorneys for Defendant Paron Capital Management, LLC

Dated:  January 10, 2012                    U.S. COMMODITY FUTURES TRADING COMMISSION

By:  /s/
Jonathan P. Robell

Attorneys for Plaintiff U.S. Commodity Futures Trading Commission

Filer's attestation:  Pursuant to General Oder No. 45.X.B, counsel for Paron attests that concurrence in the filing of this document has been obtained from Jonathan P. Robell, counsel for the CFTC.

## [~~PROPOSED~~] ORDER

The Court has considered the stipulation of the CFTC and Paron and finds good cause to order that the deadline for Paron to answer or file a responsive pleading to the complaint is extended up to and including February 16, 2012.

IT IS SO ORDERED.

Dated: January 11, 2012

Claudia Wilken
UNITED STATES DISTRICT JUDGE

-3-                                            Case No. C 11-04577 CW

STIPULATION AND [~~PROPOSED~~] ORDER