UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER RE: NON-PARTY DISCOVERY**<br><br>Re: Dkt. No. 73 |

The Court conducted a telephonic discovery status conference on January 26, 2012. All parties participated in the conference. Based on the representations made by the parties at the conference and the parties' joint statement concerning non-party discovery, Dkt. No. 73, the Court orders the following:

1. Non-party discovery may begin on January 31, 2012.

2. Defendant Crombie's request to seek non-party discovery from the following individuals is GRANTED: Michael Liciardello, Steven McNamee, Douglas Patterson, Matthew Weber, Richard Breck, Ronald Hirst, Valerie O'Malley, Patrick Moongthaponsaa, Mark Steele, Thomas Weisel, and Michael Glennan. Crombie may seek discovery from any other non-party only with leave of court.

3. Crombie's request to seek non-party discovery from Denise Steele, the ex-wife of Mark Steele, is DENIED without prejudice. The Court may reconsider the issue after discovery

1  from Mark Steele is completed.

2      4. Paron's request for a protective order to govern non-party discovery is GRANTED.
3  The parties may submit to the Court a proposed protective order, which the Court will sign upon
4  receipt. The protective order may be modified with leave of court.

5      5. The parties must coordinate with each other with respect to the scheduling of non-
6  party discovery.

7      6. Paron and Crombie must continue to meet and confer regarding Crombie's request
8  for documents from Paron. If the parties are unable to resolve their disagreements with respect
9  to Crombie's document request, the parties must file a joint statement in ECF explaining the
10 nature of their dispute and containing their proposed compromise by February 9, 2012.

11     IT IS SO ORDERED.

12

13 DATED: January 26, 2012

                                            NATHANAEL M. COUSINS
                                            United States Magistrate Judge