# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER SETTING DISCOVERY STATUS CONFERENCE**<br><br>Re: Dkt. No. 77 |

The parties filed a letter brief itemizing several discovery disputes they have been unable to resolve through the meet-and-confer process. *See* Dkt. No. 77. The Court will conduct a discovery status conference at 11:30 a.m. on February 15, 2012, to address these disputes. The conference will be telephonic, and each party must contact courtroom deputy Lili Harrell at 415.522.2039 to confirm participation.

IT IS SO ORDERED.

DATED: February 9, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge