IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE,<br><br>    Defendants.<br>_____/ | No. C 11-4577 CW<br><br>ORDER DENYING DEFENDANT JAMES D. CROMBIE'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL (Docket No. 42) |

    On December 5, 2011, pro se Defendant James D. Crombie filed a motion to file under seal "a portion of [his] Reply to Plaintiff's response brief" regarding Crombie's motion to dismiss Plaintiff's complaint. From the content of the motion and supporting affidavit, it was apparent that Crombie sought to file under seal Exhibit 13 to his reply, which contained bank statements from JDC Ventures, LLC, a company owned by Crombie. Mot. at 2; Crombie Decl. 1-2. The Court notes that Crombie filed his reply brief and Exhibits 1 through 12 in support thereof in the public record. See Docket No. 43.

    On December 13, 2011, the Court issued an order noting that Crombie had not provided sufficient information to support the filing of the documents under seal at that time. The Court allowed Crombie four days from the date of that order to provide specific information regarding the need to protect Exhibit 13 from

public disclosure, and warned him that, if he failed to do so, his motion would be denied.

Crombie has not complied with the Court's Order of December 13, 2011.  Accordingly, Crombie's motion to seal is denied (Docket No. 189).  Within four days, Crombie may electronically file Exhibit 13 in the public record or may withdraw it, in accordance with General Order 62.

IT IS SO ORDERED.

Dated: 2/24/2012

CLAUDIA WILKEN
United States District Judge