1 | John Einstman (D.C. Bar No. 484539, jeinstman@cftc.gov)
Tara R. Kelly (D.C. Bar No. 438241, t_kelly@cftc.gov)
2 | Jonathan P. Robell (D.C. Bar No. 493977, jrobell@cftc.gov)
Brian G. Mulherin (Cal. Bar No. 193297, bmulherin@cftc.gov)
3 | **U.S. COMMODITY FUTURES TRADING COMMISSION**
Three Lafayette Center
4 | 1155 21st Street, N.W.
Washington, D.C.  20581
5 | Telephone:   (202) 418-6710 (Robell)
Facsimile:   (202) 418-5538
6 |
Attorneys for Plaintiff
7 | U.S. COMMODITY FUTURES TRADING COMMISSION

8

9 | **THE UNITED STATES DISTRICT COURT**

10 | **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 | **OAKLAND DIVISION**

12

13 | UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

**Case No. C 11-04577 CW (NC)**

14 | Plaintiff,

**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING TELEPHONIC DEPOSITIONS**

15 | v.

16 | PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE,

Re:  Dkt. No. 81

17 | Defendants.

18

19

20 | Whereas, on February 15, 2012, the parties appeared telephonically for a discovery status

21 | conference before Judge Nathanael Cousins;

22 | Whereas, Judge Cousins denied, without prejudice, Defendant James D. Crombie's request to

23 | conduct depositions telephonically;

24 | Whereas, Judge Cousins ordered the parties to meet and confer and to submit to the Court a

25 | stipulation containing a detailed protocol addressing issues associated with conducting depositions

26 | telephonically and the parties did so on February 21, 2012;

27 | Whereas, the parties agree that telephonic depositions may be conducted, if allowed by the

28 | Court, in accordance with the following provisions:

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING TELEPHONIC DEPOSITIONS
Case No. 4:11-cv-04577 CW (NC)

1       a.      The party taking the deposition shall arrange for the services of a certified court

2   reporter.

3       b.      If a certified court reporter is not physically present with the witness, the party taking

4   the deposition shall arrange for the presence, with the witness, of a licensed notary public.

5       c.      The party taking the deposition shall provide to the witness and all parties a toll-free

6   conference call number as the means for participation in the deposition.

7       d.      All parties shall use only "land-line" telephones (i.e. not cellular or cordless

8   telephones) to participate in the deposition, and the party taking the deposition shall test his own

9   connection prior to the deposition and shall ensure that the witness also uses only a land-line

10  telephone.

11      e.      The party taking the deposition shall ensure that the witness is able to travel to a

12  location suitable for in-person attendance by other parties, should one or more parties choose to travel

13  to the location of the deposition.

14      f.      Not less than 48 hours prior to the start of a telephonic deposition, the party taking the

15  deposition shall provide electronic copies of any documents that party may mark as exhibits during

16  the deposition.

17      g.      The party taking the deposition shall be responsible for the fees of the court reporter,

18  including fees associated with questions asked by other parties, to the extent such questions are

19  within the scope of the taking party's examination.  *See* Fed. R. Civ. P. 30; Fed. R. Evid. 611.

20      h.      If more than one party concurrently subpoenas or notices the same witness, those

21  parties will bear proportional responsibility for the fees of the court reporter, in consultation with the

22  court reporter or his or her agency.

23      Whereas, this agreement among the parties applies only to depositions taken by remote means

24  and does not apply to depositions taken in person, even if the party taking a deposition in person

25  intends to arrange for telephonic participation by counsel or other parties;

26      Therefore, the parties stipulate and agree, and ask the Court to order, that telephonic depositions

27  may take place in accordance with the provisions set forth herein and agreed upon by the parties.

28      IT IS SO STIPULATED.

- 2 -

1    Dated:  February 29, 2012

2                                                              Respectfully submitted,

3

4                                                              By:    /s/
                                                                   Jonathan P. Robell

5
                                                             John Einstman (jeinstman@cftc.gov)
6                                                            Tara R. Kelly (t_kelly@cftc.gov)
                                                             Jonathan P. Robell (jrobell@cftc.gov)
7                                                            Brian G. Mulherin (bmulherin@cftc.gov)
                                                             **U.S. COMMODITY FUTURES TRADING COMMISSION**
8                                                            Three Lafayette Center
                                                             1155 21st Street, N.W.
9                                                            Washington, D.C.  20581
                                                             Telephone: (202) 418-6710 (Robell)
10                                                           Facsimile: (202) 418-5538

11                                                           Attorneys for Plaintiff
                                                             U.S. COMMODITY FUTURES TRADING COMMISSION
12

13                                                           By:    /s/
                                                                   Mark P. Fickes
14
                                                             J. Noah Hagey, Esq. (hagey@braunhagey.com)
15                                                           Mark P. Fickes, Esq. (fickes@braunhagey.com_
                                                             **BRAUNHAGEY & BORDEN LLP**
16                                                           101 California Street, Suite 2450
                                                             San Francisco, CA 94111
17                                                           Telephone: (415) 599-0210
                                                             Facsimile: (415) 276-1808
18
                                                             Attorneys for Defendant
19                                                           PARON CAPITAL MANAGEMENT, LLC

20
                                                             By:    /s/
21                                                                 James D. Crombie

22                                                           2517 Mar East Street
                                                             Tiburon, CA  94920
23
                                                             Defendant *pro se*
24

25         Filer's attestation: Pursuant to General Oder No. 45.X.B, counsel for Plaintiff U.S.

26   Commodity Futures Trading Commission attests that concurrence in the filing of this document has

27   been obtained from Mark P. Fickes, counsel for Defendant Paron Capital Management, LLC and

28   from James D. Crombie, Defendant *pro se*.

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING TELEPHONIC DEPOSITIONS
Case No. 4:11-cv-04577 CW (NC)

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on February 29, 2012, I caused a copy of the foregoing Stipulation and

3   Proposed Order Regarding Telephonic Depositions to be filed with the Clerk of the Court using the

4   CM/ECF system, which will automatically send electronic mail notification of such filing to the

5   following attorneys of record for Defendant Paron Capital Management, LLC and to Defendant *pro se*

6   James D. Crombie:

7

8   Jonas Noah Hagey, Esq.
    Mark Philip Fickes, Esq.
9   BraunHagey & Borden LLP
    220 Sansome Street, 2nd Floor
10  San Francisco, CA  94104

11
    *Attorneys for Defendant Paron Capital Management, LLC*
12

13  James D. Crombie
    2517 Mar East Street
14  Tiburon, CA  94920

15  *Defendant pro se*

16

17

18  By: _____

19        Jonathan P. Robell

20  John Einstman (jeinstman@cftc.gov)
    Tara R. Kelly (t_kelly@cftc.gov)
21  Jonathan P. Robell (jrobell@cftc.gov)
    Brian G. Mulherin (bmulherin@cftc.gov)
22  **U.S. COMMODITY FUTURES TRADING COMMISSION**
    Three Lafayette Center
23  1155 21st Street, N.W.
    Washington, D.C.  20581
24  Telephone: (202) 418-5914 (Kelly)
    Facsimile: (202) 418-5538
25
    Attorneys for Plaintiff
26  U.S. COMMODITY FUTURES TRADING COMMISSION

27

28

STIPULATION AND ~~PROPOSED~~ ORDER REGARDING TELEPHONIC DEPOSITIONS
Case No. 4:11-cv-04577 CW (NC)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE,<br><br>Defendants. | **Case No. C 11-04577 CW (NC)**<br><br>~~[PROPOSED]~~ **ORDER REGARDING TELEPHONIC DEPOSITIONS**<br><br>Re:  Dkt. No. 81 |

The Court has considered the stipulation of the parties and finds good cause to order that telephonic depositions be allowed in this matter, in accordance with the conditions set forth in the parties' stipulation.

**IT IS SO ORDERED**.

Dated:  February _29_, 2012

_____
Hon. Nathanael Cousins
United States Magistrate Judge