IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARON CAPITAL MANAGEMENT, LLC; and JAMES D. CROMBIE,<br><br>　　　　Defendants.<br>_____/<br>JAMES D. CROMBIE,<br><br>　　　　Third-party Plaintiff,<br><br>　　v.<br><br>PETER J. MCCONNON; TIMOTHY LYONS; and DOES 1-25,<br><br>　　　　Third-party Defendants.<br>_____/ | No. C 11-4577 CW<br><br>ORDER GRANTING DEFENDANT AND THIRD-PARTY PLAINTIFF JAMES D. CROMBIE LEAVE TO FILE A SUR-REPLY AND VACATING HEARING |

　　On February 16, 2012, Third-party Defendants Peter J. McConnon and Timothy Lyons filed a motion to dismiss the claims alleged against them by pro se Defendant and Third-party Plaintiff James D. Crombie.  In their reply in support of their motion, McConnon and Lyons raise a new argument that, because he has filed for bankruptcy, Crombie does not have standing to pursue his claims against them.

　　The Court GRANTS Crombie leave to file a sur-reply within seven days of the date of this Order.  The sur-reply shall be five pages or less and is limited to addressing only the newly-raised argument identified herein.

The hearing on the motion to dismiss, currently set for March 22, 2012, is hereby VACATED.

IT IS SO ORDERED.

Dated: 3/6/2012

CLAUDIA WILKEN
United States District Judge