# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC, and JAMES D. CROMBIE,<br><br>Defendants. | **Case No. C 11-04577 CW (NC)**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 95 |

Having considered Plaintiff U.S. Commodity Futures Trading Commission's Motion for Leave to Amend Complaint, the memorandum of points and authorities in support thereof, and the statements of non-opposition filed by Defendants Paron Capital Management, LLC and James D. Crombie, it is hereby

**ORDERED** that Plaintiff's motion is **GRANTED.**

Plaintiff shall file its Amended Complaint within four days of the date of this Order.

**IT IS SO ORDERED**.

Dated: 3/28/2012

_____
Hon. Claudia Wilken
United States District Judge

ORDER GRANTING MOTION FOR LEAVE TO AMEND COMPLAINT
Case No. 4:11-cv-04577 CW (NC)