# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC. and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER REQUESTING ADDITIONAL BRIEFING**<br><br>Re: Dkt. No. 114 |

Plaintiff CFTC requests an order compelling Crombie to respond to some of the interrogatories it served on Crombie on January 26, 2012. Dkt. No. 114. Crombie must file in ECF a response to this request by April 13, 2012.

IT IS SO ORDERED.

Date: April 5, 2012

Nathanael M. Cousins
United States Magistrate Judge

Case No. 11-cv-04577 CW (NC)
ORDER REQUESTING ADDITIONAL BRIEFING