1

2

3

4

5

6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC. and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER STAYING DISCOVERY FROM MCCONNON AND LYONS**<br><br>Re: Dkt. Nos. 98, 113, 117 |

19         Crombie seeks to obtain discovery from third-party defendants Peter McConnon and

20 Timothy Lyons.  Dkt. No. 98.  On March 30, 2012, this Court denied Crombie's request until

21 District Judge Wilken decided a motion to dismiss Crombie's third-party complaint against

22 McConnon and Lyons.  Dkt. No. 113 ¶ 6.  As Judge Wilken dismissed Crombie's third-party

23 complaint against McConnon and Lyons, Crombie may not obtain discovery from McConnon and

24 Lyons until further order of this Court.  *See* Dkt. No. 117.

25         IT IS SO ORDERED.

26 Date: April 9, 2012

27 Nathanael M. Cousins
United States Magistrate Judge

28