IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>PARON CAPITAL MANAGEMENT, LLC; and JAMES D. CROMBIE,<br><br>    Defendants.<br>_____/<br>JAMES D. CROMBIE,<br><br>    Third-party Plaintiff,<br><br>  v.<br><br>PETER J. MCCONNON; TIMOTHY LYONS; and DOES 1-25,<br><br>    Third-party Defendants.<br>_____/ | No. C 11-4577 CW<br><br>ORDER GRANTING APPLICATION OF DEFENDANT CROMBIE FOR ADDITIONAL TIME FOR BANKRUPTCY TRUSTEE TO ABANDON CLAIMS (Docket No. 127) |

    Defendant James D. Crombie has filed an application seeking additional time for the bankruptcy trustee to abandon the claims of the third-party complaint. No opposition has been filed to Crombie's application.

    Having considered his filing, the Court GRANTS Crombie's request. Within two weeks of the date of this Order, the bankruptcy trustee shall file an amended third-party complaint if he or she is able to remedy truthfully the deficiencies identified in the Court's order of April 6, 2012, or shall file a notice with this Court stating his or her intent to abandon the claims of the third-party complaint pursuant to 11 U.S.C. § 554. If the

bankruptcy trustee files a notice of intent to abandon, Crombie may move for leave to file an amended complaint within two weeks after such notice, if he is able to remedy truthfully the deficiencies identified in the Court's order of April 6, 2012.

IT IS SO ORDERED.

Dated: 5/2/2012

CLAUDIA WILKEN
United States District Judge