UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Commodity Futures Trading Commission, | ) Case No. 11-cv-4577 CW (NC) |
| Plaintiff, | ) |
| vs. | ) ORDER REFERRING LITIGANT ) JAMES D. CROMBIE TO FEDERAL ) PRO BONO PROJECT FOR |
| Paron Capital Management, LLC, and James D. Crombie | ) APPOINTMENT OF COUNSEL |
| Defendants. | ) |

Because pro se defendant James D. Crombie has requested and is in need of counsel to assist him with a settlement conference in this matter and good cause is demonstrated, it is ORDERED that Mr. Crombie is referred to the Federal Pro Bono Project office in San Francisco for referral to a volunteer attorney.  The Clerk shall forward this referral to the Project office.

The scope of this referral shall be for:

    ☐    all purposes for the duration of the case

    ☒    the limited purpose of representing the litigant in the course of

        ☐    mediation

        ☐    early neutral evaluation

        ☒    settlement conference

        ☐    briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss):

        _____

        ☐    discovery as follows:

        _____

        _____

☐    other:

_____

Upon being notified by the Project that an attorney has been located to

represent Mr. Crombie, that attorney shall be appointed as counsel for the scope of

representation identified above.  Upon completion of that limited purpose, the Court

shall issue an order relieving the volunteer attorney from the limited representation of

the litigant.

This Order does not stay the litigation.

IT IS SO ORDERED.

Dated: June 1, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge