UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC. and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER DENYING REQUEST WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 143 |

Defendant Crombie requests leave to seek discovery from nonparty Bloomberg Financial. Dkt. No. 143.

This Court's civil standing order requires all parties to meet and confer prior to filing motions or requests. *See* Civil Standing Order ("For all other discovery disputes in cases that have been referred to this Court, the parties must meet and confer to attempt to resolve their dispute as described below. If the parties are unable to reach a resolution through this process, they must file a joint statement of five pages or less that: (1) explains the nature and status of the dispute; (2) describes each unresolved issue; (3) summarizes each party's position with respect to each unresolved issue; and (4) states each party's proposed compromise with respect to each unresolved issue. The parties must not attach any declarations, affidavits, or exhibits to the statement. In the rare event that the parties are unable to file a joint statement, each party may file

a statement of two pages or less.").

     As Crombie has not certified that he met and conferred with the other parties in the action prior to filing his request, the request is DENIED WITHOUT PREJUDICE for violating this Court's civil standing order.

     IT IS SO ORDERED.

Date: June 7, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge