1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11   UNITED STATES COMMODITY              Case No. 11-cv-04577 CW (NC)
     FUTURES TRADING COMMISSION,
12                                         **ORDER DENYING REQUESTS FOR**
                    Plaintiff,             **THIRD-PARTY DISCOVERY AND**
13                                         **DENYING REQUEST FOR LEAVE TO**
                    v.                     **FILE A MOTION FOR SANCTIONS**
14                                         **AGAINST PARON**
     PARON CAPITAL MANAGEMENT,
15   LLC. and JAMES D. CROMBIE,            Re: Dkt. No. 151

16                    Defendants.

17

18          The parties filed a joint discovery letter brief in which Crombie requests leave to seek

19   discovery from nonparties Ann Popkin, NewEdge, and Bloomberg Finance.  Dkt. No. 151.

20   Crombie also requests leave to file a motion for sanctions against Paron for "discovery abuses."

21   The CFTC and Paron oppose the requests for nonparty discovery, arguing that the information

22   requested by Crombie is irrelevant to the claims or defenses in this action and that the requests are

23   improper under the Federal Rules of Civil Procedure.  Paron also opposes Crombie's request for

24   leave to file a motion for sanctions against it, arguing that the motion is unwarranted because it

25   has complied with all of its discovery obligations.  Based on the letter brief, the Court orders the

26   following:

27          (1) Crombie's request for discovery from nonparties Ann Popkin and Bloomberg is

28   DENIED, as Crombie has not established the relevance of the information he seeks from these

1    nonparties to the claims or defenses in this action;

2         (2) Crombie's request for an admission from nonparty NewEdge is DENIED, as requests

3    for admission may be directed only to parties in the action.  *See* FED. R. CIV. P. 36(a)(1).

4         (3) Crombie's request for leave to file a motion for sanctions against Paron is DENIED for

5    lack of good cause shown.

6         IT IS SO ORDERED.

7

8    Date: June 19, 2012

                                        _____
9                                        Nathanael M. Cousins
                                         United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28