UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC. and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER DENYING CROMBIE'S REQUEST TO EXTEND DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 158 |

Crombie filed an ex-parte request for an extension of the fact-discovery deadline for the purpose of deposing nonparty Michael Glennan. Dkt. No. 158. The deadline for fact discovery currently is July 13, 2012. Dkt. No. 67. Crombie requests that the deadline be extended to September 20, 2012.

Civil Local Rule 6-3 requires parties seeking to alter a deadline fixed by the court to first confer to with the other parties to try reach an agreement with respect to the time change. Crombie did not comply with this provision. Accordingly, the request is DENIED WITHOUT PREJUDICE. After conferring with the parties, Crombie may re-submit his request in a motion that meets the requirements of the Civil Local Rules.

//

Case No. 11-cv-04577 CW (NC)
ORDER DENYING EX PARTE
REQUEST

1    IT IS SO ORDERED.

2  Date: June 27, 2012

         Nathanael M. Cousins
3        United States Magistrate Judge

Case No. 11-cv-04577 CW (NC)
ORDER DENYING EX PARTE        2
REQUEST