UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PARON CAPITAL MANAGEMENT, LLC. and JAMES D. CROMBIE,<br><br>Defendants. | Case No. 11-cv-04577 CW (NC)<br><br>**ORDER DENYING CROMBIE'S REQUEST TO EXTEND DISCOVERY DEADLINE**<br><br>Re: Dkt. No. 160 |

The parties filed a joint statement in which Crombie requests that the deadline for fact discovery, which is July 13, 2012, be extended to September 20, 2012, for the limited purpose of deposing nonparty Michael Glennan. Crombie asserts that Glennan's deposition "was delayed due to Crombie's travel and financial constraints." Dkt. No. 160 at 1. The CFTC does not take a position on the motion, but it notes that Glennan's deposition has been scheduled and canceled twice and that it "incurred costs" as a result of the second cancellation. *Id.* at 2. Paron opposes the motion, but it provides no reasoning for its opposition.

As Crombie does not provide a justification for having scheduled and canceled Glennan's deposition twice before, and because Crombie does not identify any substantial harm or prejudice that he would suffer if the court does not grant his request, Crombie's request is DENIED.

Case No. 11-cv-04577 CW (NC)
ORDER DENYING REQUEST

1       IT IS SO ORDERED.

2  Date: July 6, 2012

3                                       Nathanael M. Cousins
                                      United States Magistrate Judge