IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMES D. CROMBIE,<br><br>          Defendant.<br>_____/ | No. C 11-4577 CW<br><br>ORDER APPOINTING PRO BONO COUNSEL FOR A LIMITED PURPOSE |

Because Defendant James D. Crombie has requested, and is in need of, counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Attorney Stephen Sutro, of Duane Morris LLP, One Market Plaza, Spear Tower, Suite 2200, San Francisco, CA 94105-1127, (415) 957-3008, is hereby appointed as counsel for Defendant in this matter.

The scope of this appointment shall be for the limited purpose of representing Defendant in the course of a settlement conference.

IT IS SO ORDERED.

Dated: 10/12/12

CLAUDIA WILKEN
United States District Judge