IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JAMES D. CROMBIE, <br><br> Defendant. | No. C 11-4577 CW <br><br> ORDER ADDRESSING VARIOUS MATTERS |

Plaintiff United States Commodity Futures Trading Commission moves for leave to file a motion for summary judgment not exceeding twenty-eight pages. Having considered the papers submitted by Plaintiff, the Court GRANTS Plaintiff's motion (Docket No. 231) and further GRANTS Defendant James D. Crombie a corresponding page increase in his opposition and cross-motion, as set forth in the table below. Accordingly, Defendant's motion to strike Plaintiff's motion for summary judgment for violation of the page limit set forth in Civil Local Rule 7-4 is DENIED as moot (Docket No. 235). The Court also GRANTS Plaintiff's motion to file a proposed order (Docket No. 237).

The Court STRIKES Defendant's motion for summary judgment and its supporting material (Docket Nos. 202 through 230) as violating the case management order in this case and VACATES the November 15, 2012 hearing date. The case management order provides that Plaintiff's opening motion for summary judgment was due on October 11, 2012 and that Defendant would file his opposition to Plaintiff's motion and his own cross-motion for summary judgment,

all contained in a single brief, on November 15, 2012. See Docket No. 67. It further set December 20, 2012 as the deadline to hear case dispositive motions. Id. In addition, Defendant's separate statement of undisputed facts (Docket No. 203) is also STRICKEN for violation of Civil Local Rule 56-2(a), which provides that no such statement may be submitted without a Court order to do so. Defendant may re-file his motion for summary judgment in a single brief with his opposition to Plaintiff's motion, as provided in the scheduling order, and subject to the schedule and page limits set forth in the table below, as well as his supporting materials, except that Defendant shall not re-file his separate statement of undisputed facts.

The Court TAKES UNDER SUBMISSION Defendant's motions for leave to file counterclaims and third-party complaints on the papers (Docket Nos. 191 and 194). The hearing currently set for Thursday, October 25, 2012 at 2:00 p.m. is VACATED. Accordingly, Defendant's motion to appear by telephone at the October 25, 2012 and November 15, 2012 hearings is DENIED as moot (Docket No. 233).

The current schedule for dispositive motions and page limits for briefs is CONFIRMED as follows:

| | |
|---|---|
| Plaintiff's motion for summary judgment, in a brief of twenty-eight pages or less, is due | October 11, 2012 (already filed as Docket No. 234) |
| Defendant's opposition to Plaintiff's motion and his cross-motion for summary judgment, both contained in a single brief of twenty-eight pages or less, is due | November 15, 2012 |

2

| Plaintiff's reply in support of its motion and its opposition to Defendant's cross-motion, both contained in a single brief of fifteen pages or less, is due | November 29, 2012 |
|---|---|
| Defendant's reply in support of his motion, in a brief of fifteen pages or less, is due | December 6, 2012 |
| Joint or separate case management statements are due | December 13, 2012 |
| Hearing on the cross-motions for summary judgment and further case management conference to be held | December 20, 2012 at 2:00 p.m. |

IT IS SO ORDERED.

Dated: 10/12/2012

CLAUDIA WILKEN
United States District Judge