IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>PARON CAPITAL MANAGEMENT LLC, et al.,<br><br>        Defendants.<br>_____/ | No. C 11-4577 CW<br><br>ORDER REGARDING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS<br><br>(Docket No. 276) |

After the Court entered judgment, Defendant James Devlin Crombie filed a motion for leave to appeal in forma pauperis. According to Federal Rule of Appellate Procedure 24, the district court should first rule on a party's motion to appeal in forma pauperis. The rule requires that any such motion include an affidavit that: (A) describes in detail the party's inability to pay or give security for fees and costs; (B) shows an entitlement to redress; and (C) states the issues that the party intends to present on appeal. Defendant has not done so. Defendant is directed to refile his motion according to the requirements of Rule 24 and may use the same Form 4 he filed with the Ninth Circuit. The Court will then rule on the merits of his motion.

    IT IS SO ORDERED.

Dated:  4/24/2014

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California